381 Pa. 241 (1955)
Sapsara, Appellant,
v.
Peoples Cab Company.
Supreme Court of Pennsylvania.
Argued March 17, 1955.
April 18, 1955.
Before STERN, C.J., STEARNE, JONES, BELL, CHIDSEY, MUSMANNO and ARNOLD, JJ.
*242 Clair V. Duff, with him Robert A. Doyle and Duff & Doyle, for appellant.
Harland I. Casteel, with him Chas. Holmes Wolfe, Jr. and Campbell, Houck & Thomas, for appellee.
OPINION PER CURIAM, April 18, 1955:
The judgment is affirmed on the opinion of Judge COLUMBUS.